UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CHARLES WREN,<br>Petitioner,<br>v.<br>ON HABEAS CORPUS,<br>Respondent. | No. 2:25-cv-0589-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 5, 7, 9, 12) |

Petitioner, a state prisoner proceeding pro se, filed a form document for a "Motion under 28 U.S.C. § 2255" on February 14, 2025, which the court construed as an application for writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2025, the magistrate judge filed findings and recommendations herein, which were served on petitioner and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 9. Petitioner filed objections to the findings and recommendations. ECF No. 11. However, in those objections, Petitioner continues to maintain that he seeks to file a motion under 28 U.S.C. § 2255, even though, as the magistrate judge correctly explained in the findings and recommendations, 28 U.S.C. § 2255 applies to prisoners in federal custody, not prisoners like Petitioner who are in state custody. Thus, Petitioner's objections do not provide a basis upon which to reject the findings and

recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are ADOPTED;

2. This action is DISMISSED without prejudice;

3. Petitioner's pending motions (ECF Nos. 5, 7, 12) are DENIED as having been rendered moot;

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dena Coggins
United States District Judge